1  McGREGOR W. SCOTT
   United States Attorney
2  CHRISTINE S. WATSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2782

**FILED**

MAR 1 4 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:  Complaint and       )
Search Warrant,             )   Misc no.
                            )
                            )   SEALING ORDER
        [sealed]            )
                            )   2:06-SW-0051 KJM
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents filed in the above-captioned matter are hereby ordered sealed until the arrest of either defendant, or upon further order of the court, which ever comes first.

DATED:  3/14 , 2006

_____
HONORABLE KIMBERLY J. MUELLER
U.S. Magistrate Judge

2

## AFFIDAVIT

I, David Lombardi, declare under penalty of perjury:

1. I am familiar with the investigation in this case through my own personal experience and through reports and other information relayed to me by other officers and agents involved in the investigation of this case.

2. Based on the aforementioned information given to me and within my personal knowledge, it is my opinion and understanding that the investigation in this matter is continuing and that disclosure of the search warrant, the affidavit, and/or the application for the search warrant will jeopardize the progress of the investigation.

3. Accordingly, I request that the Court issue an order that the search warrant, this affidavit in support of application for search warrant, the application for search warrant, and all attachments thereto is filed under a seal until further order of this Court.

Dated: 3/14/2006

David Lombardi, Special Agent
Bureau of Imm. and Customs Enf.
Department of Homeland Security

1